# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREEN LEAF FARMS HOLDINGS
LLC, A NEVADA CORPORATION,
          Appellant,
vs.
KATHERINE PETERSEN, AN
INDIVIDUAL; AND PETERSEN
FAMILY TRUST, A NEVADA TRUST,
          Respondents.

No. 81931

**FILED**

MAR 2 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting summary judgment and dismissing counterclaims in a breach of contract action. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

On November 18, 2021, this court entered an order granting appellant's counsel's motion to withdraw as counsel of record. That order directed appellant to retain new counsel and cause new counsel to file a notice of appearance within 30 days. When appellant did not comply, this court entered a second order on January 20, 2022, directing appellant to retain new counsel and cause new counsel to file a notice of appearance within 7 days. This order cautioned appellant that failure to comply could result in the dismissal of this appeal. *See* NRAP 46A(b)(2) ("A corporation or other entity may not appear without counsel."); *Salman v. Newell*, 110 Nev. 1333, 1336, 885 P.2d 607, 608 (1994) (same); *State v. Stu's Bail Bonds*, 115 Nev. 436, 436 n.1, 991 P.2d 469, 470 n.1 (1999) (same).

22-09318

To date, appellant has failed to retain counsel and cause counsel to enter a notice of appearance, and has otherwise failed to communicate with this court. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc: Hon. Tierra Danielle Jones, District Judge
Stephen E. Haberfeld, Settlement Judge
Christopher F. Klink
Kemp Jones, LLP
Eighth District Court Clerk